**STATE of Missouri, Respondent,**

v.

**Ronald D. JONES, Appellant.**

**No. WD 42726.**

Missouri Court of Appeals,
Western District.

March 19, 1991.

John Klosterman, Columbia, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before NUGENT, C.J., P.J., and ULRICH and BRECKENRIDGE, JJ.

### ORDER

PER CURIAM.

Appeal from convictions of robbery in the first degree, § 569.020, RSMo 1986, and armed criminal action, § 571.015, RSMo 1986, and from respective sentences of imprisonment for thirty and seventy-five years.

Judgment affirmed. Rule 30.25(b).

---

**STATE of Missouri, Respondent,**

v.

**Frank McSWEENEY, Appellant.**

**No. WD 43020.**

Missouri Court of Appeals,
Western District.

March 19, 1991.

Michael C. McIntosh, Schaffer, McIntosh & Effertz, Independence, for appellant.

Hugh C. Harvey, Pros. Atty., Donald G. Stouffer, Asst. Pros. Atty., Marshall, for respondent.

Before NUGENT, C.J., P.J., and ULRICH and BRECKENRIDGE, JJ.

### ORDER

PER CURIAM:

Appellant Frank McSweeney appeals from his conviction of exceeding the speed limit in violation of § 304.010 RSMo 1986, alleging the state laid an insufficient foundation for the admission of the radar reading.

The judgment of conviction is affirmed. Rule 30.25(b).